IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 11-3101-02-CR-S-RED |
| ) | |
| NILSA ALLEN, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Now before the Court are Defendant's Motion to Suppress on the Basis of an Unlawful Search and Seizure under the Fourth Amendment to the Constitution of the United States and Rule 41, Federal Rules of Criminal Procedure and for a *Franks* Hearing (Doc. 33) along with its responsive pleadings and the Report and Recommendation of the United States Magistrate Judge (Doc. 36). The time for objections to the Report and Recommendation has passed and neither party has filed any objections to the Report and Recommendation. After careful and independent review of the parties' submissions relating to the Motion to Suppress on the Basis of an Unlawful Search and Seizure under the Fourth Amendment to the Constitution of the United States and Rule 41, Federal Rules of Criminal Procedure and for a *Franks* Hearing, the Court agrees with and **ADOPTS** the Report and Recommendation of United States Magistrate Judge (Doc. 36). Defendant's Motion to Suppress on the Basis of an Unlawful Search and Seizure under the Fourth Amendment to the Constitution of the United States and Rule 41, Federal Rules of Criminal Procedure and for a *Franks* Hearing (Doc. 8) is **DENIED.**

**IT IS SO ORDERED**.

DATED: May 17, 2012         */s/ Richard E. Dorr*
RICHARD E. DORR, JUDGE
UNITED STATES DISTRICT COURT